**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
norm@bamlawca.com
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff Jonathan Bailey

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BAILEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROMANOFF FLOOR COVERING, INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:17-cv-00685-TLN-CMK<br><br>**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff JONATHAN BAILEY ("Plaintiff") and Defendant ROMANOFF FLOOR COVERING, INC. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff seeks to file a Second Amended Complaint, a copy of which is attached hereto as Exhibit #1;

WHEREAS Defendant will stipulate to allow Plaintiff to file the proposed Second Amended Complaint attached hereto as Exhibit #1;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

Upon the Court's execution of this Order, Plaintiff may have leave to file the Second Amended Complaint, a copy of which is attached as <u>Exhibit #1</u>, and Defendant shall have twenty one (21) days to respond after service of the Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED: July 10, 2018.  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By: /s/ Norman Blumenthal .
     Norman B. Blumenthal

Attorneys for Plaintiff Jonathan Bailey

DATED: July 10, 2018.  GORDON & REES SKULLY MANSUKHANI LLP

By: /s/ Sat Sang Khalsa .
     Michael T. Lucey
     Mollie M. Burks
     Sat Sang S. Khalsa

Attorneys for Defendant Romanoff Floor Covering, Inc.

# ORDER

The Court, having reviewed the Stipulation of the Parties and finding good case, hereby issues an Order as follows:

1. Plaintiff may have leave to file the Second Amended Complaint, which is to be filed with the Court within 10 days of this signed order. Defendant shall have twenty one (21) days to respond after service of the Second Amended Complaint.

Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge